2017 ND 237

**STATE of North Dakota, Plaintiff and Appellee**

v.

**Byron Loren WHETSEL, Defendant and Appellant**

No. 20170141

Supreme Court of North Dakota.

Filed 10/17/2017

Fallon M. Kelly, State's Attorney, Lisbon, N.D., for plaintiff and appellee.

Kiara C. Kraus–Parr, Grand Forks, N.D., for defendant and appellant.

Per Curiam.

[¶ 1] Byron Whetsel appeals from a criminal judgment entered after a jury found him guilty of child abuse, child neglect, and murder. Whetsel argues the guilty verdicts are not supported by sufficient evidence. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶ 2] Gerald W. VandeWalle, C.J.

Lisa Fair McEvers

Daniel J. Crothers

Jerod E. Tufte

Jon J. Jensen